UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-06-167 |
| | § | |
| JULIO SANCHEZ, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR EXTENSIO OF TIME

Plaintiff's motion for an extension of time to complete service of process (D.E. 5) is granted. Fed. R. Civ. P. 4(m). Plaintiff is granted 120 days to complete service on the defendant. The Clerk shall issue a new summons form.

ORDERED this 13th day of September, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE